# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN CHAVEZ, <br><br> Plaintiff, <br><br> v. <br><br> ACCESS CAPITOL SERVICES, INC, <br><br> Defendant. | **13-cv-1037 AWI-GSA** <br><br> **ORDER GRANTING IFP** <br><br> **(Doc. 2)** |

Plaintiff Evelyn Chavez, appearing pro se, filed the instant complaint on July 5, 2013. (Doc. 1). Also on July 5, 2013, Plaintiff submitted an application to proceed in forma pauperis. (Doc. 2). A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and her application is therefore GRANTED.

Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of all pro se complaints for sufficiency to state a claim. The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint fails to state a

claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment. Plaintiff is advised that her complaint will be screened in due course.

IT IS SO ORDERED.

   Dated: __**July 16, 2013**__                                    **/s/ Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE